EXHIBIT B

Preliminary Comparison of Grande's TiVo Premiere DVR with U.S. Patent No. 6,788,882

| Claim language | Information Relating to Grande's TiVo Premiere DVR as described in the TiVo Premiere Viewer's Guide (https://mm.mygrande.com/pdf/Grande_PremiereVG_Final.pdf) |
|---|---|
| 1. A digital video recorder (DVR) for recording a plurality of television broadcast programs, comprising: | The Grande TiVo Premiere DVR is a multi-tuner DVR capable of recording a plurality of television broadcast programs.<br><br>**Dual tuner.** A tuner is a device found inside DVRs, TVs, and cable boxes — anything designed to receive TV signals, including the TiVo Premiere. A tuner picks one channel to display; it "tunes" to that channel. Your TiVo Premiere is a "dual tuner" device, meaning that it has two tuners inside and can record two shows at once. Pressing the Live TV button while watching live TV will swap between your two tuners.<br><br>Viewer's Guide at iv. |
| a mass data storage unit that concurrently and continuously receives and digitally stores a plurality of television broadcast programs together with time information to allow said plurality of stored television broadcast programs to be synchronized with respect to one another; and | The Grande TiVo Premiere DVR includes a mass data storage unit.<br><br>**STORAGE**<br><br>SATA Hard Drive. NOTE: Actual recording capacity depends on signal quality and the type of programming being recorded.<br><br>Viewer's Guide at 99.<br><br>The Grande TiVo Premiere DVR receives and records digital television signals: |

1



Preliminary Comparison of Grande's TiVo Premiere DVR with U.S. Patent No. 6,788,882

## Why can't I adjust the recording quality of some shows?

- There's no option to change the recording quality of HD or digital broadcast shows. The TiVo Premiere DVR from Grande records the pure digital signal it receives.

Viewer's Guide at 84.

The Grande TiVo Premiere DVR concurrently and continuously receives and digitally stores a plurality of television broadcast programs.

**Dual tuner.** A tuner is a device found inside DVRs, TVs, and cable boxes — anything designed to receive TV signals, including the TiVo Premiere. A tuner picks one channel to display; it "tunes" to that channel. Your TiVo Premiere is a "dual tuner" device, meaning that it has two tuners inside and can record two shows at once. Pressing the Live TV button while watching live TV will swap between your two tuners.

Viewer's Guide at v.

The Grande TiVo Premiere DVR also receives and digitally stores time information relating to television broadcast programs. This is evidenced by, for example, the fact that the Grande TiVo Premiere DVR displays a program guide containing information regarding the start and end times of programs.



Preliminary Comparison of Grande's TiVo Premiere DVR with U.S. Patent No. 6,788,882



Viewer's Guide at 12.

This is also evidenced, for example, by the Grande TiVo Premiere DVR's ability to display an on-screen timer for a program stored or being stored on the Grande TiVo Premiere DVR that illustrates (among other things) the user's current point in a program:



Preliminary Comparison of Grande's TiVo Premiere DVR with U.S. Patent No. 6,788,882

## Moving around in time

1. First, press the PAUSE ⏸ button. You can pause live TV for up to 30 minutes.

   When you pause live TV, you see a status bar showing a one-hour period. The green segment shows the portion of the hour that has been saved by your TiVo Premiere DVR from Grande. The white line marks your current point in time. When the white line is back in the green segment, you're "behind" live TV.

2. Press PLAY ▶ to continue watching the show. Next, press REWIND ◀◀ and the show rewinds. Press REWIND a second time to rewind faster, and a third time to go at triple speed. Press PLAY at any time to return to normal speed.

3. Press PAUSE ⏸ again, and, with the show paused, press FAST FORWARD ▶▶ to move a small step forward. Press REWIND to move a small step back. Press PLAY to resume watching at normal speed.

Viewer's Guide at 7.

The digital storage of television broadcast programs and time information by the Grande TiVo Premiere DVR allows the stored television broadcast programs to be synchronized with respect to one another.

When a user tunes to a particular television channel, the Grande TiVo Premiere DVR begins a live TV buffer. The live TV buffer digitally stores up to 30 minutes of content in a first-in/first-out manner. The Grande TiVo Premiere DVR permits the user to switch to another tuner (and watch another program) without losing the live TV buffer for the program he was previously watching.

4



Preliminary Comparison of Grande's TiVo Premiere DVR with U.S. Patent No. 6,788,882

### Recording the saved portion

Up to 30 minutes of the current channel's broadcast is always being saved, even when you're not recording. When you change channels, the TiVo Premiere DVR from Grande clears the saved portion on the tuner you're watching and starts saving again on the new channel. So, if the saved portion is important to you, either record the program or don't change the channel.

To record the saved portion in addition to the rest of the program, choose 'Record this showing.'

Viewer's Guide at 9.

### Watching and recording two shows at once

Your TiVo Premiere DVR from Grande can record two different live TV channels at the same time — one on each of its two tuners. Go ahead, try it:

**1.** First, press PAUSE ⏸ to pause the live TV show you're watching.

**2.** Press LIVE TV/SWAP 🔘 to swap to the other tuner.

**3.** Watch the show for a few moments, then press LIVE TV/SWAP 🔘 again to swap back to the first tuner. Notice that the first show you were watching is still paused. Press PLAY (or PAUSE again) to continue watching the show.

Viewer's Guide at 8.

The Grande TiVo Premiere DVR permits a user to pause live TV, as well as to rewind and fast-forward through stored programs.



Preliminary Comparison of Grande's TiVo Premiere DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | ## Moving around in time<br><br>**1.** First, press the PAUSE ⏸ button. You can pause live TV for up to 30 minutes.<br><br>When you pause live TV, you see a status bar showing a one-hour period. The green segment shows the portion of the hour that has been saved by your TiVo Premiere DVR from Grande. The white line marks your current point in time. When the white line is back in the green segment, you're "behind" live TV.<br><br>**2.** Press PLAY ▶ to continue watching the show. Next, press REWIND ◀ and the show rewinds. Press REWIND a second time to rewind faster, and a third time to go at triple speed. Press PLAY at any time to return to normal speed.<br><br>**3.** Press PAUSE ⏸ again, and, with the show paused, press FAST FORWARD ▶ to move a small step forward. Press REWIND to move a small step back. Press PLAY to resume watching at normal speed.<br><br>Viewer's Guide at 7.<br><br>The ability to swap between programs playing on alternate tuners, combined with the ability to pause a program and to move forward and backward through a program, permits a user to, for example, surf stored programs, including allowing rapid switching from one channel at a given time to another channel at a different time. *See* '882 patent at 14:40-46. |
| a channel viewer, coupled to said mass storage unit, that retrieves a portion of one of said plurality of stored television broadcast programs from said mass data storage unit based on a received command and presents said portion on a video display device. | The Grande TiVo Premiere DVR includes a channel viewer coupled to the mass data storage unit that allows a user to retrieve a portion of a television broadcast program based on a received command and presents the portion of the television broadcast program on a video display device.<br><br>A user may select a stored program from the Grande TiVo Premiere DVR in various ways. For example, the Grande TiVo Premiere DVR provides a program guide that allows a user to select a particular program for display, including programs that are currently being recorded: |



Preliminary Comparison of Grande's TiVo Premiere DVR with U.S. Patent No. 6,788,882

**TiVo Live Guide**

Title, date, time, and rating          Show description

Shows currently          Upcoming shows on the
airing                           selected channel

The Guide displays up to two weeks of TV programming at the touch of a button — the GUIDE button on your TiVo® remote. When you press SELECT on a show in progress, the channel changes and the guide disappears. If you press SELECT on an upcoming show, you'll see a screen with recording options. Set up your recording or press LEFT to go back to the guide.

Viewer's Guide at 12.

As discussed above, a user may switch back and forth between programs that the user has already selected with an available tuner. The Grande TiVo Premiere DVR will begin displaying the program from the previously established buffer.



Preliminary Comparison of Grande's TiVo Premiere DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | ## Watching and recording two shows at once
Your TiVo Premiere DVR from Grande can record two different live TV channels at the same time — one on each of its two tuners. Go ahead, try it:
1. First, press PAUSE ⏸ to pause the live TV show you're watching.
2. Press LIVE TV/SWAP 🔘 to swap to the other tuner.
3. Watch the show for a few moments, then press LIVE TV/SWAP 🔘 again to swap back to the first tuner. Notice that the first show you were watching is still paused. Press PLAY (or PAUSE again) to continue watching the show.
Viewer's Guide at 8.

A user may also select a stored program from the list of previously recorded programs.


TiVo with HD menus

All the shows recorded by your TiVo Premiere DVR from Grande, including video podcasts and downloaded shows, appear on the My Shows screen. Icons to the left of the program's title tell you the recording's current status. See the Glossary of Icons on the inside front cover for details.

Highlight any title in My Shows (even a show that's still recording) and press PLAY to play the show from the beginning, or to resume playing from where you left off.

To delete an individual show or a group, highlight the show or group name and press CLEAR.

Highlight a title and press SELECT to open an information screen, where you'll be able to play, delete, or get more information about the show.

Viewer's Guide at 4. |
| 2. The DVR as recited in claim 1 wherein said mass data storage unit stores said plurality of channels on a first-in-first-out basis. | The Grande TiVo Premiere DVR stores television broadcast programs/channels in a live TV buffer on a first-in-first-out basis. |


Kent & Risley LLC

Preliminary Comparison of Grande's TiVo Premiere DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | **Recording the saved portion**<br><br>Up to 30 minutes of the current channel's broadcast is always being saved, even when you're not recording. When you change channels, the TiVo Premiere DVR from Grande clears the saved portion on the tuner you're watching and starts saving again on the new channel. So, if the saved portion is important to you, either record the program or don't change the channel.<br><br>To record the saved portion in addition to the rest of the program, choose 'Record this showing.'<br><br>Viewer's Guide at 9. |
| 5. The DVR as recited in claim 1 wherein said channel viewer comprises a channel guide database containing pointers to locations in said mass data storage unit. | The Grande TiVo Premiere DVR's program guide comprises a channel guide database that contains pointers to locations in the mass data storage unit.<br><br>**TiVo Live Guide**<br><br>Title, date, time, and rating          Show description<br><br>Shows currently airing          Upcoming shows on the selected channel |



Preliminary Comparison of Grande's TiVo Premiere DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | The Guide displays up to two weeks of TV programming at the touch of a button — the GUIDE button on your TiVo® remote. When you press SELECT on a show in progress, the channel changes and the guide disappears. If you press SELECT on an upcoming show, you'll see a screen with recording options. Set up your recording or press LEFT to go back to the guide.<br><br>Viewer's Guide at 12. |
| 6. The DVR as recited in claim 1 wherein said channel viewer displays a channel guide on said video display device, said channel guide providing information regarding a content of said plurality of channels. | The Grande TiVo Premiere DVR's channel viewer displays a channel guide on the video display device that provides information regarding content of a plurality of channels, including channels broadcasting programs that are being stored on the DVR. For example, as shown in the screenshot below, the program guide provides a "Show description" for programs broadcast on the available channels.<br><br>**TiVo Live Guide**<br><br>Title, date, time, and rating — Show description<br><br>Shows currently airing — Upcoming shows on the selected channel |



Preliminary Comparison of Grande's TiVo Premiere DVR with U.S. Patent No. 6,788,882

| | Viewer's Guide at 12. |
|---|---|
| 7. The DVR as recited in claim 6 wherein said channel guide contains links to locations in said mass data storage unit. | As illustrated in the image below, the Grande TiVo Premiere DVR's channel viewer comprises a channel guide that contains links to locations in the mass data storage unit.<br><br>**TiVo Live Guide**<br><br>Title, date, time, and rating — Show description<br><br>Shows currently airing — Upcoming shows on the selected channel<br><br>The Guide displays up to two weeks of TV programming at the touch of a button — the GUIDE button on your TiVo® remote. When you press SELECT on a show in progress, the channel changes and the guide disappears.  If you press SELECT on an upcoming show, you'll see a screen with recording options. Set up your recording or press LEFT to go back to the guide.<br><br>Viewer's Guide at 12. |



Preliminary Comparison of Grande's TiVo Premiere DVR with U.S. Patent No. 6,788,882

| 8. The DVR as recited in claim 1 further comprising a pointing device, cooperable with said channel viewer, that allows a user to issue said command. | The Grande TiVo Premiere DVR works with pointing devices (e.g., a remote control) cooperable with the channel viewer to allow the user to issue commands, including a command to display a particular program from the mass data storage unit. |
|---|---|
| | **TiVo® Premiere from Grande Remote Control** |
| | **TiVo.** Goes to TiVo Central® screen, the main menu for all TiVo features and settings. |
| | **TV PWR.** Turns TV or A/V receiver on/off. |
| | **Input.** Selects input (such as TiVo Premiere from Grande, DVD player, game system) your TV displays. |
| | **Volume** and **Mute.** When programmed, control the volume on TV or A/V receiver. See 'Settings' chapter. |
| | **Thumbs Up** and **Thumbs Down.** Rate shows for TiVo Suggestions. Give up to three Thumbs Up (great!) or three Thumbs Down (terrible!). |
| | **Rewind.** Rewinds show. Press up to three times for three speeds. |
| | **Pause.** Freezes show. Press again to resume playing. |
| | **Replay.** Repeats last 8 seconds. Press and hold to jump to beginning. |
| | **Slow.** Plays show in slow motion. |
| | **On Demand.** Jumps directly to Grande On Demand catalog. |
| | **Live TV/Swap.** Goes to live TV. If watching live TV, switches to other tuner. |
| | **Info.** Displays detailed info on show being watched. Press again to clear. |
| | **Guide.** Opens program guide. Press again to clear. |
| | **Select.** Chooses menu options or shows to record. |
| | **Arrows.** Navigates TiVo menus and program guide. LEFT takes you back. |
| | **Record.** Starts/stops recording. |
| | **Play.** Starts playing show from the My Shows list. |
| | **Fast-forward.** Fast-forwards show. Press up to three times for three speeds. |
| | **Advance.** Moves forward in 30-second increments. Press and hold to jump to the end of the show. |
| | **A, B, C, D.** In TiVo with HD menus, sorts and filters views. Look for on-screen tips. |
| | **Enter/Last.** Returns to last channel viewed in live TV. |
| | Viewer's Guide appendix. |
| 9. The DVR as recited in claim 1 wherein said channel viewer presents said portion nonlinearly. | The Grande TiVo Premiere DVR channel viewer can present a portion of a television program nonlinearly. For example, the Grande TiVo Premiere DVR's video player controls allow the user to skip forward by 30 seconds. |



Preliminary Comparison of Grande's TiVo Premiere DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | **Fast-forward.** Fast-forwards show. Press up to three times for three speeds.<br><br>**Advance.** Moves forward in 30-second increments. Press and hold to jump to the end of the show.<br><br>Viewer's Guide appendix. |
| 12. The DVR as recited in claim 1 further comprising an archive storage unit, coupled to said channel viewer, that stores said portion. | The Grande TiVo Premiere DVR includes an archive storage unit coupled to the channel viewer that stores information contained in the live TV buffer in persistent storage.<br><br>**Recording the saved portion**<br><br>Up to 30 minutes of the current channel's broadcast is always being saved, even when you're not recording. When you change channels, the TiVo Premiere DVR from Grande clears the saved portion on the tuner you're watching and starts saving again on the new channel. So, if the saved portion is important to you, either record the program or don't change the channel.<br><br>To record the saved portion in addition to the rest of the program, choose 'Record this showing.'<br><br>Viewer's Guide at 9. |
| 13. The DVR as recited in claim 1 further comprising a channel selector, coupled to said mass data storage unit, that allows a user to identify said plurality of channels. | The Grande TiVo Premiere DVR includes a channel selector, coupled to the mass data storage unit, that allows a user to identify a plurality of channels/television broadcast programs. |



Preliminary Comparison of Grande's TiVo Premiere DVR with U.S. Patent No. 6,788,882

**TiVo Live Guide**

Title, date, time, and rating          Show description

Shows currently          Upcoming shows on the
airing                   selected channel

The Guide displays up to two weeks of TV programming at the touch of a button — the GUIDE button on your TiVo® remote. When you press SELECT on a show in progress, the channel changes and the guide disappears.  If you press SELECT on an upcoming show, you'll see a screen with recording options. Set up your recording or press LEFT to go back to the guide.

Viewer's Guide at 12.

The user can use the program guide to identify a plurality of television programs concurrently.



Preliminary Comparison of Grande's TiVo Premiere DVR with U.S. Patent No. 6,788,882

| | Watching and recording two shows at once |
|---|---|
| | Your TiVo Premiere DVR from Grande can record two different live TV channels at the same time — one on each of its two tuners. Go ahead, try it:<br><br>**1.** First, press PAUSE ⏸ to pause the live TV show you're watching.<br><br>**2.** Press LIVE TV/SWAP 🔘 to swap to the other tuner.<br><br>**3.** Watch the show for a few moments, then press LIVE TV/SWAP 🔘 again to swap back to the first tuner. Notice that the first show you were watching is still paused. Press PLAY (or PAUSE again) to continue watching the show.<br><br>Viewer's Guide at 8. |
| 16. The DVR as recited in claim 1 wherein said plurality of channels are formatted in a selected one of:<br>NTSC analog TV,<br>PAL/SECAM analog TV,<br>digital TV,<br>analog HDTV, and<br>digital HDTV. | The Grande TiVo Premiere DVR receives television programs broadcast on channels formatted in, for example, HDTV. |



Preliminary Comparison of Grande's TiVo Premiere DVR with U.S. Patent No. 6,788,882

|  |  |
|---|---|
|  | ## Recording quality<br><br>Each time you set up an analog recording (a recording that isn't broadcast in HD or digital), you have the option to choose its recording quality. You can also set a default recording quality for analog shows using the Recording Quality settings screen (you can still override the default settings when scheduling a new recording).<br><br>There are four levels of recording quality: Best, High, Medium, and Basic. The TiVo Premiere DVR from Grande automatically uses Best quality in live TV when you're watching an analog channel.<br><br>One hour of Best quality equals about four hours of Basic quality, two hours of Medium quality, and 1.5 hours of High quality. Actual recording capacity depends on signal quality and the type of programming being recorded. You may want to experiment and see what quality settings you think are suited for different types of programming, such as animation or sports.<br><br>**Note:** These recording quality levels do not apply to digital or HD broadcast shows. The TiVo Premiere DVR from Grande always records HD and digital shows using the pure signal it receives.<br><br>Viewer's Guide at 49. |
| 17. The DVR as recited in claim 1 wherein said DVR selectively moves by one commercial time unit within said one of said plurality of channels in response to a second received command. | The Grande TiVo Premiere DVR allows a user to submit a command prompting the DVR to move forward in a program by one commercial time unit (e.g., 30 seconds).<br><br><br><br>Viewer's Guide appendix. |



Preliminary Comparison of Grande's TiVo Premiere DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| 18. The DVR as recited in claim 17 wherein said received command is employable to achieve catch-up viewing. | As discussed above, the Grande TiVo Premiere DVR allows a user to submit a command prompting the DVR to move forward in a program by one commercial time unit (e.g., 30 seconds).<br><br>**Fast-forward.** Fast-forwards show. Press up to three times for three speeds.<br><br>**Advance.** Moves forward in 30-second increments. Press and hold to jump to the end of the show.<br><br>Viewer's Guide appendix.<br><br>This skip-forward command is employable to achieve catch-up viewing.<br><br>## Moving around in time<br><br>**1.** First, press the PAUSE ⏸ button. You can pause live TV for up to 30 minutes.<br><br>When you pause live TV, you see a status bar showing a one-hour period. The green segment shows the portion of the hour that has been saved by your TiVo Premiere DVR from Grande. The white line marks your current point in time. When the white line is back in the green segment, you're "behind" live TV.<br><br>**6.** Press the ADVANCE ⏭ ® button. You'll instantly move forward 30 seconds.<br><br>**7.** Press and hold the ADVANCE ⏭ button and presto! You're caught up to live TV.<br><br>Viewer's Guide at 7-8. |


Kent & Risley LLC

Preliminary Comparison of Grande's TiVo Premiere DVR with U.S. Patent No. 6,788,882

| 19. A method of operating a digital video recorder, comprising the steps of: | The Grande TiVo Premiere DVR involves a method of operating a digital video recorder.<br><br>**Dual tuner.** A tuner is a device found inside DVRs, TVs, and cable boxes — anything designed to receive TV signals, including the TiVo Premiere. A tuner picks one channel to display; it "tunes" to that channel. Your TiVo Premiere is a "dual tuner" device, meaning that it has two tuners inside and can record two shows at once. Pressing the Live TV button while watching live TV will swap between your two tuners.<br><br>Viewer's Guide at iv. |
|---|---|
| receiving a plurality of television broadcasts, each television broadcast including a video signal; and | The Grande TiVo Premiere DVR receives a plurality of television broadcasts, each of which includes a video signal.<br><br>**Dual tuner.** A tuner is a device found inside DVRs, TVs, and cable boxes — anything designed to receive TV signals, including the TiVo Premiere. A tuner picks one channel to display; it "tunes" to that channel. Your TiVo Premiere is a "dual tuner" device, meaning that it has two tuners inside and can record two shows at once. Pressing the Live TV button while watching live TV will swap between your two tuners.<br><br>Viewer's Guide at iv. |

18



Preliminary Comparison of Grande's TiVo Premiere DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | **STORAGE**<br><br>SATA Hard Drive. NOTE: Actual recording capacity depends on signal quality and the type of programming being recorded.<br><br>Viewer's Guide at 99. |
| concurrently and continuously digitally storing said plurality of television broadcasts on a mass data storage unit and storing said plurality of television broadcasts together with time information to allow said plurality of stored television broadcasts to be synchronized with respect to one another upon replay of said stored television broadcasts. | The Grande TiVo Premiere DVR includes a mass data storage unit and concurrently and continuously receives and digitally stores a plurality of television broadcast programs.<br><br>**Dual tuner.** A tuner is a device found inside DVRs, TVs, and cable boxes — anything designed to receive TV signals, including the TiVo Premiere. A tuner picks one channel to display; it "tunes" to that channel. Your TiVo Premiere is a "dual tuner" device, meaning that it has two tuners inside and can record two shows at once. Pressing the Live TV button while watching live TV will swap between your two tuners.<br><br>Viewer's Guide at iv.<br><br>The Grande TiVo Premiere DVR also receives and digitally stores time information relating to television broadcast programs. This is evidenced by, for example, the fact that the Grande TiVo Premiere DVR displays a program guide containing information regarding the start and end times of programs. |



Preliminary Comparison of Grande's TiVo Premiere DVR with U.S. Patent No. 6,788,882



Viewer's Guide at 12.

This is also evidenced, for example, by the Grande TiVo Premiere DVR's ability to display an on-screen timer for a program stored or being stored on the Grande TiVo Premiere DVR that illustrates (among other things) the user's current point in a program:



Preliminary Comparison of Grande's TiVo Premiere DVR with U.S. Patent No. 6,788,882

## Moving around in time

1. First, press the PAUSE ⏸ button. You can pause live TV for up to 30 minutes.

   When you pause live TV, you see a status bar showing a one-hour period. The green segment shows the portion of the hour that has been saved by your TiVo Premiere DVR from Grande. The white line marks your current point in time. When the white line is back in the green segment, you're "behind" live TV.

2. Press PLAY ▶ to continue watching the show. Next, press REWIND ◀ and the show rewinds. Press REWIND a second time to rewind faster, and a third time to go at triple speed. Press PLAY at any time to return to normal speed.

3. Press PAUSE ⏸ again, and, with the show paused, press FAST FORWARD ▶ to move a small step forward. Press REWIND to move a small step back. Press PLAY to resume watching at normal speed.

Viewer's Guide at 7.

The digital storage of television broadcast programs and time information by the Grande TiVo Premiere DVR allows the stored television broadcast programs to be synchronized with respect to one another upon replay.

When a user tunes to a particular television channel, the Grande TiVo Premiere DVR begins a live TV buffer. The live TV buffer digitally stores up to 30 minutes of content in a first-in/first-out manner. The Grande TiVo Premiere DVR permits the user to switch to another tuner (and watch another program) without losing the live TV buffer for the program he was previously watching.



Preliminary Comparison of Grande's TiVo Premiere DVR with U.S. Patent No. 6,788,882

### Recording the saved portion

Up to 30 minutes of the current channel's broadcast is always being saved, even when you're not recording. When you change channels, the TiVo Premiere DVR from Grande clears the saved portion on the tuner you're watching and starts saving again on the new channel. So, if the saved portion is important to you, either record the program or don't change the channel.

To record the saved portion in addition to the rest of the program, choose 'Record this showing.'

Viewer's Guide at 9.

## Watching and recording two shows at once

Your TiVo Premiere DVR from Grande can record two different live TV channels at the same time — one on each of its two tuners. Go ahead, try it:

1. First, press PAUSE ⏸ to pause the live TV show you're watching.

2. Press LIVE TV/SWAP 📺 to swap to the other tuner.

3. Watch the show for a few moments, then press LIVE TV/SWAP 📺 again to swap back to the first tuner. Notice that the first show you were watching is still paused. Press PLAY (or PAUSE again) to continue watching the show.

Viewer's Guide at 8.

The Grande TiVo Premiere DVR permits a user to pause live TV, as well as to rewind and fast-forward through stored programs.



Preliminary Comparison of Grande's TiVo Premiere DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | ## Moving around in time<br><br>**1.** First, press the PAUSE ⏸ button. You can pause live TV for up to 30 minutes.<br><br>When you pause live TV, you see a status bar showing a one-hour period. The green segment shows the portion of the hour that has been saved by your TiVo Premiere DVR from Grande. The white line marks your current point in time. When the white line is back in the green segment, you're "behind" live TV.<br><br>**2.** Press PLAY ▶ to continue watching the show. Next, press REWIND ◀ and the show rewinds. Press REWIND a second time to rewind faster, and a third time to go at triple speed. Press PLAY at any time to return to normal speed.<br><br>**3.** Press PAUSE ⏸ again, and, with the show paused, press FAST FORWARD ▶ to move a small step forward. Press REWIND to move a small step back. Press PLAY to resume watching at normal speed.<br><br>Viewer's Guide at 7.<br><br>The ability to swap between programs playing on alternate tuners, combined with the ability to pause a program and to move forward and backward through a program, permits a user to, for example, surf stored programs, including allowing rapid switching from one channel at a given time to another channel at a different time. *See* '882 patent at 14:40-46. |
| 20. The method as recited in claim 19 further comprising creating pointers to locations in said mass data storage unit in a channel guide database. | The Grande TiVo Premiere DVR creates pointers to locations in the mass data storage unit in a channel guide database. |



Preliminary Comparison of Grande's TiVo Premiere DVR with U.S. Patent No. 6,788,882

<table>
<tr>
<td></td>
<td>

**TiVo Live Guide**

Title, date, time, and rating          Show description

Shows currently airing                 Upcoming shows on the selected channel

The Guide displays up to two weeks of TV programming at the touch of a button — the GUIDE button on your TiVo® remote. When you press SELECT on a show in progress, the channel changes and the guide disappears.  If you press SELECT on an upcoming show, you'll see a screen with recording options. Set up your recording or press LEFT to go back to the guide.

Viewer's Guide at 12.
</td>
</tr>
<tr>
<td>

21. The method as recited in claim 19 further comprising the step of displaying a channel guide on a video display device, said channel guide providing information regarding a
</td>
<td>

The Grande TiVo Premiere DVR displays a channel guide on the video display device that provides information regarding content of a plurality of channels, including channels broadcasting programs that are being stored on the DVR.

For example, as shown in the screenshot below, the program guide provides a "Show description" for programs broadcast on the available channels.
</td>
</tr>
</table>



Preliminary Comparison of Grande's TiVo Premiere DVR with U.S. Patent No. 6,788,882

| content of at least one of said plurality of channels. |  |
| --- | --- |
| | Viewer's Guide at 12. |
| 22. The method as recited in claim 21 wherein said channel guide contains links to locations in said mass data storage unit. | As illustrated in the image below, the Grande TiVo Premiere DVR's channel guide contains links to locations in the mass data storage unit. |



Preliminary Comparison of Grande's TiVo Premiere DVR with U.S. Patent No. 6,788,882

|  |  |
|---|---|
|  | **TiVo Live Guide**<br><br>Title, date, time, and rating — Show description<br><br>*[Guide screen image: Barefoot Contessa, Wed 7/23 5:00 pm - 5:30 pm, No Rating; "Ladies That Lunch" Cooking, How To (2008) lna prepares lunch for the original Barefoot Contessa store owner. (CC, Stereo, R); channel listings 35 FOODP Barefoot Contessa, 36 KICU Still Standing, 36 FXP That '70s Show, 36-1 KICUDT Still Standing, 36-2 KICU... Korea, 37 TNTP Charmed, 3R KCNS Paid Programming, 3R ESPN MLB Baseball; upcoming 5:00 pm Barefoot Contessa, 5:30 pm Paula's Home Cooking, 6:00 pm 30 Minute Meals, 6:30 pm 30 Minute Meals, 7:00 pm Challenge, 8:00 pm Good Eats, 8:30 pm Good Eats, 9:00 pm Challenge]*<br><br>Shows currently airing    Upcoming shows on the selected channel<br><br>The Guide displays up to two weeks of TV programming at the touch of a button — the GUIDE button on your TiVo® remote. When you press SELECT on a show in progress, the channel changes and the guide disappears.  If you press SELECT on an upcoming show, you'll see a screen with recording options. Set up your recording or press LEFT to go back to the guide.<br><br>Viewer's Guide at 12. |
| 23. The method as recited in claim 19 further comprising the step of receiving a command to replay one of said stored television broadcasts. | The Grande TiVo Premiere DVR receives a command to replay one of the stored television broadcasts.<br><br>A user may select a stored program from the Grande TiVo Premiere DVR in various ways. For example, the Grande TiVo Premiere DVR provides a program guide that allows a user to select a particular program for display, including programs that are currently being recorded: |



Preliminary Comparison of Grande's TiVo Premiere DVR with U.S. Patent No. 6,788,882

**TiVo Live Guide**

Title, date, time, and rating          Show description

Shows currently airing          Upcoming shows on the selected channel

The Guide displays up to two weeks of TV programming at the touch of a button — the GUIDE button on your TiVo® remote. When you press SELECT on a show in progress, the channel changes and the guide disappears.  If you press SELECT on an upcoming show, you'll see a screen with recording options. Set up your recording or press LEFT to go back to the guide.

Viewer's Guide at 12.

As discussed above, a user may switch back and forth between programs that the user has already selected with an available tuner. The Grande TiVo Premiere DVR will begin displaying the program from the previously established buffer.



Preliminary Comparison of Grande's TiVo Premiere DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | ## Watching and recording two shows at once<br><br>Your TiVo Premiere DVR from Grande can record two different live TV channels at the same time — one on each of its two tuners. Go ahead, try it:<br><br>**1.** First, press PAUSE ⏸ to pause the live TV show you're watching.<br><br>**2.** Press LIVE TV/SWAP 🔘 to swap to the other tuner.<br><br>**3.** Watch the show for a few moments, then press LIVE TV/SWAP 🔘 again to swap back to the first tuner. Notice that the first show you were watching is still paused. Press PLAY (or PAUSE again) to continue watching the show.<br><br>Viewer's Guide at 8.<br><br>A user may also select a stored program from the list of previously recorded programs.<br><br><br>TiVo with HD menus<br><br>All the shows recorded by your TiVo Premiere DVR from Grande, including video podcasts and downloaded shows, appear on the My Shows screen. Icons to the left of the program's title tell you the recording's current status. See the Glossary of Icons on the inside front cover for details.<br><br>Highlight any title in My Shows (even a show that's still recording) and press PLAY to play the show from the beginning, or to resume playing from where you left off.<br><br>To delete an individual show or a group, highlight the show or group name and press CLEAR.<br><br>Highlight a title and press SELECT to open an information screen, where you'll be able to play, delete, or get more information about the show.<br><br>Viewer's Guide at 4. |
| 24. The method as recited in claim 23 wherein said one of said stored television broadcasts is displayed nonlinearly. | The Grande TiVo Premiere DVR's channel viewer can display a stored television broadcast nonlinearly. For example, the Grande TiVo Premiere DVR's video player controls allow the user to skip forward by 30 seconds. |



Preliminary Comparison of Grande's TiVo Premiere DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | **Fast-forward.** Fast-forwards show. Press up to three times for three speeds.<br><br>**Advance.** Moves forward in 30-second increments. Press and hold to jump to the end of the show.<br><br>Viewer's Guide appendix. |
| 27. The method as recited in claim 19 further comprising the step of storing one of said television broadcasts in an archive storage unit. | The Grande TiVo Premiere DVR includes an archive storage unit coupled to the channel viewer that stores information contained in the live TV buffer in persistent storage.<br><br>**Recording the saved portion**<br><br>Up to 30 minutes of the current channel's broadcast is always being saved, even when you're not recording. When you change channels, the TiVo Premiere DVR from Grande clears the saved portion on the tuner you're watching and starts saving again on the new channel. So, if the saved portion is important to you, either record the program or don't change the channel.<br><br>To record the saved portion in addition to the rest of the program, choose 'Record this showing.'<br><br>Viewer's Guide at 9. |
| 28. The method as recited in claim 19 further comprising the step of allowing a user to identify said plurality of television broadcasts in a channel selector. | The Grande TiVo Premiere DVR allows the user to identify a plurality of television broadcasts in a channel selector. |



Preliminary Comparison of Grande's TiVo Premiere DVR with U.S. Patent No. 6,788,882



The Guide displays up to two weeks of TV programming at the touch of a button — the GUIDE button on your TiVo® remote. When you press SELECT on a show in progress, the channel changes and the guide disappears.  If you press SELECT on an upcoming show, you'll see a screen with recording options. Set up your recording or press LEFT to go back to the guide.

Viewer's Guide at 12.

The user can use the program guide to identify a plurality of television programs concurrently.



Preliminary Comparison of Grande's TiVo Premiere DVR with U.S. Patent No. 6,788,882

| | Watching and recording two shows at once |
|---|---|
| | Your TiVo Premiere DVR from Grande can record two different live TV channels at the same time — one on each of its two tuners. Go ahead, try it: |
| | **1.** First, press PAUSE ⏸ to pause the live TV show you're watching. |
| | **2.** Press LIVE TV/SWAP 🔘 to swap to the other tuner. |
| | **3.** Watch the show for a few moments, then press LIVE TV/SWAP 🔘 again to swap back to the first tuner. Notice that the first show you were watching is still paused. Press PLAY (or PAUSE again) to continue watching the show. |
| | Viewer's Guide at 8. |
| 31. The method as recited in claim 19 further comprising the step of decoding said plurality of television broadcasts from a selected one of: NTSC analog TV, PAL/SECAM analog TV, digital TV, analog HDTV, and digital HDTV. | The Grande TiVo Premiere DVR receives television programs broadcast on channels formatted in, for example, HDTV. |



Preliminary Comparison of Grande's TiVo Premiere DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | ### Recording quality<br><br>Each time you set up an analog recording (a recording that isn't broadcast in HD or digital), you have the option to choose its recording quality. You can also set a default recording quality for analog shows using the Recording Quality settings screen (you can still override the default settings when scheduling a new recording).<br><br>There are four levels of recording quality: Best, High, Medium, and Basic. The TiVo Premiere DVR from Grande automatically uses Best quality in live TV when you're watching an analog channel.<br><br>One hour of Best quality equals about four hours of Basic quality, two hours of Medium quality, and 1.5 hours of High quality. Actual recording capacity depends on signal quality and the type of programming being recorded. You may want to experiment and see what quality settings you think are suited for different types of programming, such as animation or sports.<br><br>**Note:** These recording quality levels do not apply to digital or HD broadcast shows. The TiVo Premiere DVR from Grande always records HD and digital shows using the pure signal it receives.<br><br>Viewer's Guide at 49. |
| 32. The method as recited in claim 19 further comprising the step of selectively moving by one commercial time unit within said one of said plurality of television broadcasts in response to a received command. | The Grande TiVo Premiere DVR can receive a command from a user to selectively move forward in a program by one commercial time unit (e.g., 30 seconds).<br><br> |



Preliminary Comparison of Grande's TiVo Premiere DVR with U.S. Patent No. 6,788,882

| | Viewer's Guide appendix. |
|---|---|
| 33. The method as recited in claim 32 wherein said step of selectively moving comprises the step of engaging in catch-up viewing. | As discussed above, the Grande TiVo Premiere DVR allows a user to submit a command prompting the DVR to move forward by one commercial time unit (e.g., 30 seconds) until catching up with the live broadcast.<br><br>**Fast-forward.** Fast-forwards show. Press up to three times for three speeds.<br><br>**Advance.** Moves forward in 30-second increments. Press and hold to jump to the end of the show.<br><br>Viewer's Guide appendix.<br><br>## Moving around in time<br><br>**1.** First, press the PAUSE ⏸ button. You can pause live TV for up to 30 minutes.<br><br>When you pause live TV, you see a status bar showing a one-hour period. The green segment shows the portion of the hour that has been saved by your TiVo Premiere DVR from Grande. The white line marks your current point in time. When the white line is back in the green segment, you're "behind" live TV.<br><br>**6.** Press the ADVANCE button. You'll instantly move forward 30 seconds.<br><br>**7.** Press and hold the ADVANCE button and presto! You're caught up to live TV.<br>Viewer's Guide at 7-8. |

